JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PIERRE HALL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>J. NORWOOD, Warden, et al.,<br><br>　　　　Respondents. | Case No. CV 07-7906-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is summarily dismissed.

DATED: December 27, 2007



ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE